| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Robert A. Lewis (SBN 83630) |
| 2 | robert.lewis@morganlewis.com |
|   | Frank Kennamer (SBN 157844) |
| 3 | frank.kennamer@morganlewis.com |
|   | Geoffrey T. Holtz (SBN 191370) |
| 4 | geoffrey.holtz@morganlewis.com |
|   | Kristen A. Palumbo (SBN 215857) |
| 5 | kristen.palumbo@morganlewis.com |
|   | One Market, Spear Street Tower |
| 6 | San Francisco, CA 94105 |
|   | Telephone:  (415) 442-1000 |
| 7 | Facsimile:  (415) 442-1001 |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | ADP, LLC |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP, LLC, a Delaware limited liability company;<br><br>      Plaintiff,<br><br>  v.<br><br>YOURPEOPLE, INC., a Delaware corporation d/b/a/ Zenefits Insurance Services, and PARKER CONRAD, an individual,<br><br>      Defendants. | No. 3:15-cv-02560<br><br>**CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ADP, LLC** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE
DISCLOSURE STATEMENT OF ADP, LLC (Case No. 3:15-CV-02560)

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff ADP, LLC;
2. ADP Atlantic, LLC (the single member of ADP, LLC);
3. Automatic Data Processing, Inc. (the single member of ADP Atlantic, LLC);
4. Defendant YourPeople, Inc. d/b/a Zenefits Insurance Services; and
5. Defendant Conrad Parker.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ADP, LLC states that it is a wholly-owned subsidiary of ADP Atlantic, LLC, which is a wholly-owned subsidiary of Automatic Data Processing, Inc., a publicly-traded corporation.

DATED:  June 9, 2015                    MORGAN, LEWIS & BOCKIUS LLP


By:         */s/ Robert A. Lewis*
            Robert A. Lewis
            Attorneys for Plaintiff
            ADP, LLC