**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP, LLC, | No. C 15-02560 JSW |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| YOURPEOPLE, INC., et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 7, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE