Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>YOURPEOPLE, INC., and PARKER CONRAD<br><br>Defendant(s). | Case No: 4:15-cv-02560-JS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, E. Joshua Rosenkranz, an active member in good standing of the bar of S.D.N.Y. USDC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Annette L. Hurst, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
51 West 52nd Street
New York, NY 1009

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
405 Howard Street
San Francisco, CA 94105

MY TELEPHONE # OF RECORD:
(212) 506-5000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 773-5700

MY EMAIL ADDRESS OF RECORD:
jrosenkranz@orrick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
ahurst@orrick.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ER6734.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/06/15

E. Joshua Rosenkranz
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of E. Joshua Rosenkranz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 17, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    E. JOSHUA ROSENKRANZ    </u>, Bar # <u>  ER6734  </u>

was duly admitted to practice in this Court on

<u>  MAY 14th, 1991  </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>  JULY 6th, 2015  </u>

<u>Ruby J. Krajick</u>   by <u>Wayne Bowmer</u>
Clerk                    Deputy Clerk