| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | ANNETTE L. HURST (SBN 148738) |
| Robert A. Lewis (SBN 83630) | Email: ahurst@orrick.com |
| robert.lewis@morganlewis.com | SCOTT LONARDO (SBN 285001) |
| Frank Kennamer (SBN 157844) | Email: slonardo@orrick.com |
| frank.kennamer@morganlewis.com | ROBERT L. URIARTE (SBN 258274) |
| Geoffrey T. Holtz (SBN 191370) | Email: ruriarte@orrick.com |
| geoffrey.holtz@morganlewis.com | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Kristen A. Palumbo (SBN 215857) | The Orrick Building |
| kristen.palumbo@morganlewis.com | 405 Howard Street |
| One Market, Spear Street Tower | San Francisco, California 94105-2669 |
| San Francisco, CA 94105 | Telephone: (415) 773-5700 |
| Telephone: (415) 442-1000 | Facsimile: (415) 773-5759 |
| Facsimile: (415) 442-1001 | |

E. JOSHUA ROSENKRANZ (Pro Hac Vice Pending)
Email: jrosenkranz@orrick.com
JEREMY PETERMAN (Pro Hac Vice Pending)
Email: jpeterman@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Plaintiff
ADP, LLC

JOSHUA G. STEIN (SBN 219016)
Email: jstein@zenefits.com
YOURPEOPLE, INC.
303 2nd Street, Ste. 401
San Francisco, CA 94107
Telephone: (415) 917-2359
Facsimile:

Attorneys for Defendants
YOURPEOPLE, INC., and PARKER CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP, LLC, a Delaware limited liability company;<br><br>    Plaintiff,<br>    v.<br><br>YOURPEOPLE, INC., a Delaware corporation d/b/a/ Zenefits Insurance Services, and PARKER CONRAD, an individual,<br><br>    Defendants. | No. 3:15-cv-02560-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SEPTEMBER 8, 2015 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 22, 2015 AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS**<br><br>Dept:  San Francisco Courthouse, Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria |

1    WHEREAS the Court scheduled a Case Management Conference in this matter for
2 September 8, 2015;

3    WHEREAS counsel for Plaintiff is unavailable on that date;

4    WHEREAS Defendants agree to move the Case Management Conference to the Court's
5 next available date of Tuesday, September 22, 2015 at 10:00 A.M.;

6    WHEREAS Defendants filed their Motion to Dismiss on Monday, July 6, 2015 with a
7 hearing date scheduled for August 20, 2015, making Plaintiff's opposition brief due on Monday,
8 July 20, 2015;

9    WHEREAS Defendants filed their Anti-SLAPP Special Motion to Strike First Through
10 Third Claims for Relief on Tuesday, July 7 with a hearing date scheduled for August 20, 2015,
11 making Plaintiff's opposition brief due on Tuesday, July 21, 2015;

12   WHEREAS, for the sake of establishing an efficient briefing schedule, Plaintiff requested
13 to file its oppositions to both Defendants' briefs on Tuesday, July 21, 2015, making Defendants'
14 reply briefs due on Tuesday, July 28, 2015;

15   WHEREAS Defendants agreed to this briefing schedule;

16   THEREFORE IT IS HEREBY STIPULATED:

17   (1) Pursuant to Judge Chhabria's May 6, 2015 Standing Order, ¶ 11, by and between the
18 parties to continue the Case Management Conference to Tuesday, September 22, 2015 at 10:00
19 A.M.;

20   (2) The filing deadline for Plaintiff's opposition to Defendants' Motion to Dismiss and its
21 opposition to Defendants' Anti-SLAPP Special Motion to Strike First Through Third Claims for
22 Relief is Tuesday, July 21, 2015;

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 8, 2015 CASE MANAGEMENT
CONFERENCE TO SEPTEMBER 22, 2015 AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS

1  (3) The filing deadline for Defendants' reply brief in support of its Motion to Dismiss and
2  Defendants' reply brief in support of their Anti-SLAPP Special Motion to Strike First Through
3  Third Claims for Relief is Tuesday, July 28, 2015.

**SO STIPULATED AND AGREED.**

Dated: July 20, 2015

| ORRICK, HERRINGTON & SUTCLIFFE LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Annette L. Hurst<br>Annette L. Hurst<br>Attorneys for Defendants<br>YOURPEOPLE, INC., and PARKER CONRAD | By: /s/ Frank Kennamer<br>Frank Kennamer<br>Attorneys for Plaintiff<br>ADP, LLC |

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 8, 2015 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 22, 2015 AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS

**ATTESTATION OF FILER**

Annette Hurst and I are the signatories to this document, and I have obtained Ms. Hurst's concurrence to file this document on her behalf.

Dated: July 20, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Frank Kennamer
Frank Kennamer
Attorneys for Plaintiff
ADP, LLC

**IT IS SO ORDERED.**

Dated: July 21, 2015

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3