MORGAN, LEWIS & BOCKIUS LLP
Robert A. Lewis (SBN 83630)
robert.lewis@morganlewis.com
Frank Kennamer (SBN 157844)
frank.kennamer@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
Kristen A. Palumbo (SBN 215857)
kristen.palumbo@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Plaintiff
ADP, LLC

Annette T. Hurst (SBN 148738)
Email: ahurst@orrick.com
Scott Lonardo (SBN 285001)
Email: slonardo@orrick.com
Robert L. Uriarte (SBN 258274)
Email: ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

E. Joshua Rosenkranz (*Pro Hac Vice*)
Email: jrosenkranz@orrick.com
Jeremy Peterman (*Pro Hac Vice*)
Email: jpeterman@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

Joshua G. Stein (SBN 219016)
Email: jstein@zenefits.com
YOURPEOPLE, INC.
303 2nd Street, Ste. 401
San Francisco, CA 94107
Telephone:  (415) 917-2359
Facsimile:  (415) 480-2485

Attorneys for Defendants
YOURPEOPLE, INC. and PARKER CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP, LLC, a Delaware limited liability company;<br><br>   Plaintiff,<br>   v.<br><br>YOURPEOPLE, INC., a Delaware corporation d/b/a/ Zenefits Insurance Services, and PARKER CONRAD, an individual,<br><br>   Defendants. | No. 15-cv-02560-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE OCTOBER 6, 2015 CASE MANAGEMENT CONFERENCE TO OCTOBER 13, 2015**<br><br>Dept:   San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor<br>Judge:  Hon. Vince Chhabria |

1  WHEREAS the Court scheduled a Case Management Conference in this matter for
2  October 6, 2015;
3  WHEREAS counsel for Plaintiff is unavailable on that date due to a previously-scheduled
4  October 6, 2015 bench trial in Department 304 of the San Francisco Superior Court;
5  WHEREAS Defendants agree to move the Case Management Conference to Tuesday,
6  October 13, 2015 at 10:00 a.m. or, if the Court is unavailable on that date, to October 20, 2015 at
7  10:00 a.m.;
8  THEREFORE IT IS HEREBY STIPULATED:
9  (1) Pursuant to paragraph 11 of the Standing Order for Cases Before Judge Vince
10 Chhabria to continue the Case Management Conference to Tuesday, October 13, 2015 at 10:00
11 a.m.
12 **SO STIPULATED AND AGREED.**

Dated:  August 25, 2015                    MORGAN, LEWIS & BOCKIUS LLP

                                           By:        /s/ Robert A. Lewis
                                                    Robert A. Lewis
                                                  Attorneys for Plaintiff
                                                        ADP, LLC

Dated:  August 25, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           By:        /s/  Annette L. Hurst
                                                    Annette L. Hurst
                                                 Attorneys for Defendants
                                              YOURPEOPLE, INC., and PARKER
                                                        CONRAD

*Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the filer attests that concurrence*
*in the filing of this document has been obtained by the above signatories.*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 26__, 2015

_____
Vince Chhabria
United States District Judge