UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADP, LLC,

    Plaintiff,

v.

YOURPEOPLE, INC., et al.,

    Defendants.

Case No. 15-cv-02560-VC

**ORDER DISMISSING CASE**

In light of the settlement placed on the record by the parties, the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2015

VINCE CHHABRIA
United States District Judge